# Arthur H. Forman
*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

July 18, 2019

Hon Gary R. Brown
United States District Court
100 Federal Plaza
Central Islip, NY  11722

      Re: John Martir v. Huntington Provisions Inc. et al.
         Case No. 19-CV-2412 (DRH)(GRB)

Dear Judge Brown:

  This office represents the plaintiff, John Martir, in the above referenced action.  I write to respectfully request a 30-day extension of time to serve the defendants with the Amended Complaint, which has been filed on this date.  The original Complaint, not yet served, was filed on April 25, 2019. (ECF Doc. 1).  Therefore, the time to serve defendants will expire next week.

  An internet search has led me to believe that the principal place of business of the corporate defendant is most likely the residence of the individual defendant.  Therefore, I plan to serve the corporate defendant through the New York Secretary of State, and the individual defendant at the address believed to be his residence.

  Previously, the process server I engaged was unable to confirm whether the address I had provided was that of the corporate defendant or individual defendant.  After conducting a further investigation, I believe it is the individual defendant's residence.

  Thank you for your consideration of this request.

         Very truly yours,

          /S/
         Arthur H. Forman

AHF/ms